ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Solid Rock Engineering Consultants, Inc. | ) ASBCA No. 62020 |
| | ) |
| Under Contract No. N69450-18-C-6425 | ) |

APPEARANCES FOR THE APPELLANT:      Matthew T. Schoonover, Esq.
                                    Ian P. Patterson, Esq.
                                      Koprince Law LLC
                                      Lawrence, KS

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                      Navy Chief Trial Attorney
                                    Russell A. Shultis, Esq.
                                      Trial Attorney

## ORDER OF DISMISSAL

Prior to the filing of the pleadings, appellant withdrew its appeal. Appellant has requested, and the government does not object to, dismissal of this appeal without prejudice. Accordingly, it is dismissed from the Board's docket without prejudice.

Dated: June 21, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62020, Appeal of Solid Rock Engineering Consultants, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals